# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BHH Management Group, Inc., <br><br> Plaintiff <br><br> v. <br><br> United Guaranty Residential Insurance Company of North Carolina, et al., <br><br> Defendants | Case No.: 2:15-cv-02081-JAD-CWH <br><br> **Order Dismissing Claims and Closing Case** <br><br> [ECF No. 25] |

On July 7, 2017, the court granted Fannie Mae and Nationstar Mortgage's unopposed motion for summary judgment and gave the plaintiff 20 days to advise the court how it planned to proceed against non-answering defendant United Guaranty Residential Insurance Company of North Carolina. The court warned plaintiff that if it took no action by that deadline, the claims against United would be dismissed without prejudice and this case would be closed. The 20-day deadline passed with no notice that plaintiff intends to pursue its claims against United, and the record does not reflect that United has been served with this action, which commenced nearly two years ago. Federal Rule of Civil Procedure 4(m) states that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly,

IT IS HEREBY ORDERED that Nationstar Mortgage and Fannie Mae's Motion to Close Case **[ECF No. 25] is GRANTED**; the **claims against United Guaranty Residential Insurance Company of North Carolina are DISMISSED** without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

DATED: August 15, 2017

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE